# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY
### OFFICE OF THE CLERK



M. L. KING JR. FEDERAL BLDG. & U.S. COURTHOUSE
50 WALNUT STREET, P.O. BOX 419
NEWARK, NJ 07101-0419
(973) 645-3730

**CAMDEN OFFICE**
ONE JOHN F. GERRY PLAZA
FOURTH & COOPER STREETS
CAMDEN, NJ 08101

**TRENTON OFFICE**
402 EAST STATE STREET
ROOM 2020
TRENTON, NJ 08608

REPLY TO:   NEWARK

William T. Walsh
Clerk

April 14, 2023

United States Marshals Service
50 Walnut Street – Room 2009
Newark, NJ 07102

RE:   Writ of Execution

To the Marshal of the United States District Court:

Please acknowledge receipt of the enclosed (5) Writs of Execution.

| Docket # | Case Title | Recorded | |
|---|---|---|---|
| 2:23-mc-00070-JMV | FITZ et al v. BETHEL GOURMENT FOOD CORP. et al | Book N23 | Page 9 |

Thank you for your assistance.

Very truly yours,

WILLIAM T. WALSH, Clerk

By: _____
Michael Dixon, Deputy Clerk

RECEIPT ACKNOWLEDGED BY: E. Baskerville
U.S. Marshals Service

DATE: 4/17/23